BRIAN SAMUEL CRONE, State Bar No. 191731
ERICK C. TURNER, State Bar No. 236186
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendants
COLBY STREET MEDICAL CENTER, LLC and CARDOZA PROPERTIES, INC.

# UNITED STATES DISTRICT COURT

# STATE OF CALIFORNIA, NORTHERN DISTRICT

| | |
|---|---|
| BONNIE REGINA,<br><br>　　　Plaintiff,<br><br>v.<br><br>COLBY STREET MEDICAL CENTER, LLC; LABORATORY CORPORATION OF AMERICA; CARDOZA PROPERTIES, INC.; and DOES 1-10, Inclusive,<br><br>　　　Defendants. | Case No. 4:10-CV-05955-LB<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE: EXTENSION OF TIME UNTIL JANUARY 6, 2011 FOR DEFENDANTS COLBY STREET MEDICAL CENTER, LLC AND CARDOZA PROPERTIES, INC.** |

　　　　Pursuant to Local Rule 7-12, Plaintiff Bonnie Regina and Defendants Colby Street Medical Center, LLC and Cardoza Properties, Inc., by and through their respective attorneys of record, Paul L. Rein and Erick C. Turner, stipulate as follows:

1. Defendants Colby Street Medical Center, LLC and Cardoza Properties, Inc. have not received any prior extension to respond or otherwise plead reference to Plaintiff's Complaint.

2. Defendants Colby Street Medical Center, LLC and Cardoza Properties, Inc. are granted an extension until February 14, 2011 to respond or otherwise plead reference to Plaintiff's Complaint.

3. Defendants Colby Street Medical Center, LLC and Cardoza Properties, Inc.'s response will be due no later than February 14, 2011.

/ / /

---

1

**STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE: EXTENSION OF TIME UNTIL JANUARY 6, 2011 FOR DEFENDANTS COLBY STREET MEDICAL CENTER, LLC AND CARDOZA PROPERTIES, INC.**

1  IT IS SO STIPULATED effective as of January 21, 2011.

2

3  Dated: January 25, 2011                    LAW OFFICES OF PAUL L. REIN

4

5                                             By    /s/ *Paul L. Rein, Esq.*
                                                   Paul L. Rein, Esq.
6                                                  Attorneys for Plaintiff Bonnie Regina

7

8

9  Dated: January 26, 2011                    BERRY & BLOCK, LLP

10

11                                            By    /s/ *Erick C. Turner, Esq.*
                                                   Erick C. Turner, Esq.
12                                                 Attorneys for Defendants Colby Street
                                                   Medical Center, LLC and Cardoza
13                                                 Properties, Inc.

14

15

16

17  **IT IS SO ORDERED** that Defendants Colby Street Medical Center, LLC and Cardoza

18  Properties, Inc. shall have until February 14, 2011 to respond to Plaintiff's Complaint.

19

20  Dated: January 31, 2011                   _____
                                              United States District Judge
21                                            [Signature: Judge Laurel Beeler]
                                              IT IS SO ORDERED

22

23

24

25

26

27

28

---

2

**STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL JANUARY 6, 2011 FOR
DEFENDANTS COLBY STREET MEDICAL CENTER, LLC AND CARDOZA PROPERTIES, INC.**