1 | BRIAN SAMUEL CRONE, State Bar No. 191731
ERICK C. TURNER, State Bar No. 236186
2 | BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
3 | Sacramento, CA  95833
(916) 564-2000
4 | (916) 564-2024 FAX

5

Attorneys for Defendants
6 | COLBY STREET MEDICAL CENTER, LLC
and CARDOZA PROPERTIES, INC.
7

8 | **UNITED STATES DISTRICT COURT**

9 | **STATE OF CALIFORNIA, NORTHERN DISTRICT**

10

11 | BONNIE REGINA,                                ) Case No. 4:10-CV-05955-LB
                                                 )
12 |         Plaintiff,                          )
                                                 ) **STIPULATION AND** ~~**PROPOSED**~~
13 | v.                                          ) **ORDER RE: EXTENSION OF TIME**
                                                 ) **UNTIL MARCH 14, 2011 TO RESPOND**
14 | COLBY STREET MEDICAL CENTER,                ) **TO COMPLAINT FOR ALL**
    LLC; LABORATORY CORPORATION OF               ) **DEFENDANTS**
15 | AMERICA; CARDOZA PROPERTIES,                )
    INC.; and DOES 1-10, Inclusive,              )
16 |                                             )
            Defendants.                          )
17 |                                             )

18 | Pursuant to Local Rules 6-2 and 7-12, Plaintiff Bonnie Regina and Defendants Colby

19 | Street Medical Center, LLC, Cardoza Properties, Inc., and Laboratory Corporation of America, by

20 | and through their respective attorneys of record, Paul L. Rein, Erick C. Turner, and Ramiz I.

21 | Rafeedie, stipulate as follows:

22 | 1.     Defendants Colby Street Medical Center, LLC, Cardoza Properties, Inc., and Laboratory

23 |        Corporation of America have received one prior extension to respond to Plaintiff's

24 |        Complaint.

25 | 2.     Defendants Colby Street Medical Center, LLC, Cardoza Properties, Inc., and Laboratory

26 |        Corporation of America are granted a second extension until March 14, 2011 to respond to

27 |        Plaintiff's Complaint.

28 | / / /

1

**STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE: EXTENSION OF TIME UNTIL MARCH 14, 2011 FOR ALL DEFENDANTS**

3. Defendants Colby Street Medical Center, LLC, Cardoza Properties, Inc., and Laboratory Corporation of America's response will be due no later than March 14, 2011.

4. The parties seek this extension to allow the parties' sufficient time to: (1) have their respective experts complete an inspection of the premises at issue; (2) analyze and discuss the results of the inspection and any alterations to the property that may be required by state and/or federal law; and (3) discuss potential settlement of this matter before the parties incur significant fees and costs.

5. The requested extension will not affect the schedule of this case.

IT IS SO STIPULATED effective as of February 11, 2011.

Dated: February 11, 2011          LAW OFFICES OF PAUL L. REIN

                                  By    /s/ *Paul L. Rein, Esq.*
                                       Paul L. Rein, Esq.
                                       Attorneys for Plaintiff Bonnie Regina


Dated: February 11, 2011          BERRY & BLOCK, LLP

                                  By    /s/ *Erick C. Turner, Esq.*
                                       Erick C. Turner, Esq.
                                       Attorneys for Defendants Colby Street
                                       Medical Center, LLC and Cardoza
                                       Properties, Inc.


Dated: February 11, 2011          K&L GATES LLP

                                  By    /s/ *Ramiz I. Rafeedie*
                                       Ramiz I. Rafeedie, Esq.
                                       Attorneys for Defendant Laboratory
                                       Corporation of America

1   **IT IS SO ORDERED** that Defendants Colby Street Medical Center, LLC, Cardoza Properties,
2   Inc., and Laboratory Corporation of America shall have until March 14, 2011 to respond to
3   Plaintiff's Complaint.

5   Dated: February 14, 2011

_____
United States District Judge
Judge Laurel Beeler

IT IS SO ORDERED