PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
BONNIE REGINA

ERICK C. TURNER, State Bar No. 236186
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 fax

Attorneys for Defendants
COLBY STREET MEDICAL CENTER, LLC
and CARDOZA PROPERTIES, INC.

CLAUDIA A. QUIROZ (SBN 254419)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant
LABORATORY CORPORATION OF AMERICA

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA,<br><br>Plaintiff,<br><br>v.<br><br>COLBY STREET MEDICAL CENTER, LLC; LABORATORY CORPORATION OF AMERICA; CARDOZA PROPERTIES, INC.; and DOES 1-10, Inclusive,<br><br>Defendants.<br>_____/ | Case No. C10-05955 CRB<br><u>Civil Rights</u><br><br>**STIPULATION REQUESTING AN EXTENSION OF DEADLINE TO FILE NOTICE OF NEED FOR MEDIATION; [Proposed] ORDER** |

Plaintiff BONNIE REGINA ("Plaintiff") and Defendants COLBY STREET MEDICAL CENTER, LLC, LABORATORY CORPORATION OF

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO EXTEND GENERAL ORDER 56
DEADLINE FOR REQUESTING A MEDIATOR
Case No. C10-05955 CRB                    -1-                    S:\CASES\L\LABCORP\PLEADINGS\Stipulation to Extend General Order 56 deadline.wpd

AMERICA and CARDOZA PROPERTIES, INC. (together sometimes "Defendants"), by and through their respective counsel, jointly stipulate and request through their attorneys of record as follows:

This case involves alleged violations of the ADA and pendant state law claims at a multi-story medical building, and is currently governed by the procedures of General Order 56. The parties have been working cooperatively toward settlement of plaintiff's claims for injunctive relief. To that end and in accordance with General Order 56, the parties conducted an extensive cooperative joint site inspection of the subject premises on April 18, 2011.

The parties "met and conferred" at the site inspection, and are awaiting the resulting draft report from plaintiff's expert so that the parties can continue working toward a barrier removal agreement. As plaintiff's expert is currently out of state on a family matter, and will not return until May 20th, plaintiff expects her expert's draft report to be provided to defendants by the end of May.

Accordingly, and to provide an opportunity for the parties to attempt settlement of the injunctive relief issues prior to requesting the assistance of a mediator, the parties stipulate in requesting that the date for filing a Notice of Need for Mediation pursuant to General Order 56 be extended from June 2, 2011 (45 days after the inspection) to July 1, 2011.

**IT IS SO STIPULATED.**

Dated: May 12, 2011           LAW OFFICES OF PAUL L. REIN


                                        /s/ Paul L. Rein
PAUL L. REIN, Esq
Attorneys for Plaintiff
BONNIE REGINA

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO EXTEND GENERAL ORDER 56
DEADLINE FOR REQUESTING A MEDIATOR
Case No. C10-05955 CRB         -2-         S:\CASES\L\LABCORP\PLEADINGS\Stipulation to Extend General Order 56 deadline.wpd

1  Dated: May 19, 2011             K & L GATES, LLP

3             /s/ Claudia Quiroz
4  CLAUDIA A. QUIROZ, Esq.
   Attorneys for Defendant
5  LABORATORY CORPORATION
   OF AMERICA

8  Dated: May 19, 2011             BARRY & BLOCK LLP

10            /s/ Erick C. Turner
   ERICK C. TURNER, Esq.
11 Attorneys for Defendants
   COLBY STREET MEDICAL CENTER,
12 LLC, and CARDOZA PROPERTIES, INC.

## ORDER

Good cause having been shown, the Court grants the parties' stipulation and request to extend the General Order 56 deadline to file a "Notice of Need for Mediation" from June 2, 2011 to July 1, 2011.

**IT IS SO ORDERED.**

Dated: May 25, 2011

Honorable
United St

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO EXTEND GENERAL ORDER 56
DEADLINE FOR REQUESTING A MEDIATOR
Case No. C10-05955 CRB                -3-    S:\CASES\L\LABCORP\PLEADINGS\Stipulation to Extend General Order 56 deadline.wpd